JAMES ABBOTT *versus* ADELAIDE BRUSH, EXECUTRIX OF THE WILL OF ELIJAH BRUSH, DECEASED, AND EDMUND ASKIN BRUSH, CHARLES REUBEN BRUSH, ALFRED BRUSH AND CEMANTHE BRUSH, HEIRS OF ELIJAH BRUSH, DECEASED

JOURNAL ENTRIES (1818–26): *Journal 2:* (1) Rule to take testimony \*p. 632; (2) case to be entered same as case 567 \*p. 634; (3) publication ordered, rule to answer \*p. 634; (4) guardian ad litem appointed, appearance \*p. 697. *Chancery Journal:* (5) Rule to answer on oath \*p. 8. *Journal 3:* (6) Decree \*p. 251-a. *Chancery Journal:* (7) Bill of complaint \*p. 20; (8) answer of Adelaide Brush \*p. 27; (9) answer of infant heirs \*p. 30; (10) replications \*p. 33; (11) bond for conveyance \*p. 34; (12) decree \*p. 35; (13) continued \*p. 37; (14) continued \*p. 53. *Journal 4:* (15) Continued MS p. 71; (16) continued MS p. 114.

PAPERS IN FILE: (1) Subpoena and return; (2) bill of complaint; (3) answer of Adelaide Brush; (4) answer of minor heirs; (5) replication; (6) replication; (7) precipe for judgment pro confesso; (8) draft of decree; (9) sheriff's bill of fees; (10) bond for conveyance.

*Chancery Case 5 of 1820.*